No. 11–7184. SABIR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–7186. HICKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–153. KELES *v.* TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK ET AL., *ante*, p. 884;

No. 11–5014. IN RE PAPA ET UX., *ante*, p. 813;

No. 11–5035. POOLE *v.* UNITED STATES, *ante*, p. 886;

No. 11–5062. BORTZ *v.* CAMERON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL., *ante*, p. 888;

No. 11–5195. VOLZ *v.* ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL., *ante*, p. 894;

No. 11–5387. LARSON *v.* ALASKA, *ante*, p. 904;

No. 11–5533. MILLEN *v.* TENNESSEE, *ante*, p. 913;

No. 11–5775. THOMPSON *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 951;

No. 11–5783. CALDWELL *v.* IDAHO ET AL., *ante*, p. 951; and

No. 11–5947. FIGURA TORREFRANCA *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL., *ante*, p. 953. Petitions for rehearing denied.

No. 11–5790. LAFRENIERE *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA, *ante*, p. 960. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

DECEMBER 8, 2011

No. 11–393. NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.;

No. 11–398. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. *v.* FLORIDA ET AL.; and

No. 11–400. FLORIDA ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 11th Cir. [Certiorari granted,